AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

United States of America
v.
Cristian Ristea

Case No. 2:23cr142

FID: 11618904
USSS

*Defendant*

RECEIVED UNITED STATES MARSHAL
2023 NOV 30 A 10: 31
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Cristian Ristea,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

T.18:1344 and 2 - Bank Fraud, Count One, et al

Date: 11/29/2023

*Issuing officer's signature* (Brandt)

City and state: Norfolk, Virginia

Robert J. Krask, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/12/23, and the person was arrested on *(date)* 12/12/23
at *(city and state)* SUFFOLK, VA

IN OPEN COURT
DEC 12 2023
CLERK U.S. DISTRICT COURT
NORFOLK, VA

Date: 12/12/23

*Arresting officer's signature*

SPECIAL AGENT ROBERT DYER
*Printed name and title*